DICKINSON, Justice,
Dissenting:
¶ 28. Joe Gregory Stewart clearly met the requirements for reinstatement, as those requirements existed at the time of his disbarment. However, as pointed out in a footnote by the majority, “Miss. R. Disc 12(c) was amended April 4, 2002, which may have made Stewart ineligible for reinstatement if such conduct were to occur after the effective date of the amendment.” Stewart has complied with and met every requirement set forth in In re Benson, 890 So.2d, 888, 890 (Miss.2004). In my view, Stewart is being denied reinstatement solely because this Court changed the rules after Stewart’s disbarment. Numerous others whose wrongful conduct equaled or exceed Stewart’s have been granted reinstatement. In the interest of fairness, justice, and equal application of the law, I would grant his petition for reinstatement.
DIAZ, P.J., AND GRAVES, J., JOIN THIS OPINION.